UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation,<br><br>                Plaintiffs,<br>vs.<br><br>NEW SUPERIOR, LLC, a Nevada Corporation; SMOKE SHOP, an unknown business entity; HARPAL S. PADAM, an individual; and DOES 1-10, inclusive,<br><br>                Defendants. | CASE NO. 2:10-CV-01113-PMP-RJJ<br><br>ORDER REGARDING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS NEW SUPERIOR, LLC AND HARPAL S. PADAM<br><br><u>THE HONORABLE PHILIP M. PRO</u> |

After consideration of Plaintiffs' Motion for Default Judgment, the Memorandum of Points and Authorities in support thereof, the Declaration of Jason N. Cirlin, and the pleadings, files and records of this matter, the Court issues the following Order for Default Judgment and Permanent Injunction.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiffs Coach, Inc. and Coach Services, Inc. in the amount of $2,000,000.00 in statutory damages against Defendants New Superior, LLC and Harpal S. Padam (collectively "the Defaulting Defendants"), in addition to Plaintiffs' attorney's fees and costs. The Defaulting Defendants are to be jointly and severally liable.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Defaulting Defendants, their officers, agents, servants and employees and any persons in active concert or participation with them are permanently restrained and enjoined from infringing upon the Coach Marks[1], either directly or contributorily, in any manner, including but not limited to:

    (a)    Manufacturing, importing, purchasing, distributing, advertising, offering for sale, and/or selling any products which bear marks identical and/or confusingly similar to the Coach Marks;

    (b)    Using the Coach Marks or any reproduction, counterfeit, copy or colorable imitation thereof in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise;

    (c)    Passing off, inducing or enabling others to sell or pass off any products or other items that are not Coach's genuine merchandise as genuine Coach merchandise;

    (d)    Leasing space to any tenant who is engaged in the manufacturing, purchasing, production, distribution, circulation, sale, offering for sale, importation,

---

[1] Coach Marks include the marks attached hereto as **EXHIBIT "1"**

exportation, advertisement, promotion, display, shipping, marketing of products which bear marks/designs identical, substantially similar, and/or confusingly similar to the Coach Marks;

(e) Committing any other acts calculated to cause purchasers to believe that Defendants' products are Coach's genuine merchandise unless they are such;

(f) Shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner items falsely bearing the Coach Marks, or any reproduction, counterfeit, copy or colorable imitation thereof; and

(g) Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs (a) to (f) above.

DATED: _October 19, 2010.

Honorable Philip M. Pro
**United States District Court Judge**

Respectfully submitted by:

LORI E. SIDERMAN, ESQ.
Nevada State Bar No. 007515
siderman@meyersmcconnell.com
JASON N. CIRLIN
Nevada State Bar No. 011786
cirlin@meyersmcconnell.com
MEYERS McCONNELL
A Professional Corporation
*Attorneys for Plaintiffs*
*Coach, Inc. and Coach Services, Inc.*

# EXHIBIT 1

| Mark | U.S. Registration No(s). | Registration Date |
|---|---|---|
| "COACH" | 751, 493 | 06/25/1963 |
|  | 1,071,000 | 08/09/1977 |
|  | 2,088,706 | 08/19/1997 |
|  | 3,157,972 | 10/17/2006 |
| Coach est.1941 | 3,413,536 | 04/15/2008 |
| COACH est. 1941 (circular logo) | 3,251,315 | 06/12/2007 |
| COACH LEATHERWARE EST. 1941 (horse and carriage) | 3,441,671 | 06/03/2008 |
| COACH (label) | 2,252,847 | 06/15/1999 |
|  | 2,534,429 | 01/29/2002 |
| COACH (label) | 1,309,779 | 12/18/1984 |
|  | 2,045,676 | 03/18/1997 |
|  | 2,169,808 | 06/30/1998 |
| Signature "C" Logo | 2,592,963 | 07/09/2002 |
|  | 2,626,565 | 09/24/2002 |
|  | 2,822,318 | 03/16/2004 |
|  | 2,832,589 | 04/13/2004 |
|  | 2,822,629 | 03/16/2004 |
|  | 3,695,290 | 10/13/2009 |
| CO CO | 3,696,470 | 10/13/2009 |

| Coach "Op Art" Mark | | |
|---|---|---|
| | 3,012,585 | 11/08/2005 |
| | 3,338,048 | 11/20/2007 |

# CERTIFICATE OF MAILING/SERVICE

71.258

I hereby certify that I am an employee of Meyers McConnell and that on September 27, 2010, service of the foregoing **[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS NEW SUPERIOR, LLC AND HARPAL S. PADAM** was served by depositing a true and correct copy of the same, enclosed is a sealed envelope upon which first class postage was fully prepaid, in the *U.S. Mail* at Los Angeles, California, addressed as follows:

| | |
|---|---|
| Harpal S. Padam<br>580 E. Windmill Lane, #120<br>Las Vegas, NV  89123 | New Superior, LLC<br>580 E. Windmill Lane, #120<br>Las Vegas, NV 89123 |
| Smoke Shop<br>580 E. Windmill Lane, #120<br>Las Vegas, NV  89123 | |

[X]     DOCUMENT E-FILED

_____
Employee of Meyers & McConnell